UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL JONES,

                Plaintiff,

-against-                              23-CV-6917 (LTS)

ANTHONY ANNUCCI, Commissioner, NYS DOCCS; JOSEPH SERGEANT; JOHN DOE, Officer in Charge; JOHN DOE, Escorting Officer,                ORDER DIRECTING ORIGINAL SIGNATURE

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner brings this action *pro se*. Petitioner submitted the complaint and the motion for the appointment of counsel without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

      Petitioner is directed to resubmit the signature page of the complaint and the motion for the appointment of counsel with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

      No answer shall be required at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  August 9, 2023
         New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge

*[signature: Vaugh Campbell]*
Signature of Plaintiff No 21
CAMPBELL, V. 18A4710
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[signature: I. Ramos]*
Signature of Plaintiff No 22
RAMOS, I. 13A1346
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 23
JONES, D. 16B3768
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[signature: Dwayne Reed]*
Signature of Plaintiff No 24
REED, D. 03A3901 Dw
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[signature: Owen Seabrooks]*
Signature of Plaintiff No 25
SEABROOKS, I. 03A4545
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 26
SCOTT, J. 69A5363
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[signature: Alroy Haymon]*
Signature of Plaintiff No 27
~~WEST, K. 96A707~~ HAYMON, A 94B2022
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 28
HOWARD, A. 11A5337
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 29
ROBINSON, S. 14A0814
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 30
PRICE, T. 13A0163
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562
*[signature]*

Signed this **10** day of **July** 2023. I declare under the penalty of perjury that the foregoing is true and correct.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

17

*[Vaughn Campbell signature]*
Signature of Plaintiff No 21
CAMPBELL, V. 18A4710
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[Ramos signature]*
Signature of Plaintiff No 22
RAMOS, I. 13A1346
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 23
JONES, D. 16B3768
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[Dwayne Reed signature]*
Signature of Plaintiff No 24
REED, D. 03A3901
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[Ivan Seabrooks signature]*
Signature of Plaintiff No 25
SEABROOKS, I. 03A4545
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 26
SCOTT, J. 69A5363
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[Alen Haymon signature]*
Signature of Plaintiff No 27
~~WEST, K. 96A707~~ HAYMON, A 94B2022
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 28
HOWARD, A. 11A5337
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Signature of Plaintiff No 29
ROBINSON, S. 14A0814
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

Plaintiff No 30
PRICE, T. 13A0163
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

*[Price Trevor signature]*

22